UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SHEILA McMATH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15CV1860 JAR |
| | ) | |
| UNITED STATES IMMIGRATION | ) | |
| DEPARTMENT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Plaintiff seeks leave to proceed in forma pauperis in this civil action. The motion is granted. Additionally, this action is dismissed as frivolous.

### Standard of Review

Under 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint filed in forma pauperis if it is frivolous, malicious, or fails to state a claim upon which relief can be granted. Allegations are frivolous if they are delusional or based in fantasy. *See Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992).

### The Complaint

This is the third frivolous action that plaintiff has filed alleging that she has been subjected to "terrorism" by several individuals. *See McMath v. Woodford*, 4:15CV552 ERW (E.D. Mo.); *McMath v. Campbell*, 4:15CV853 AGF (E.D. Mo.). In this case, plaintiff alleges that "[t]he immigrants are trying control [sic] people – United States and including Missouri. . . These problems are immigrants Israel, Afghanistan, India, Africa, Mexico – South America, Bahamas, Caribbean Islands, Asia countries. They are young entrepreneurs/innovators need stop

glass building projects/stop controlling world." She also claims to be oppressed by Jehovah Witnesses.

## Discussion

The allegations in the complaint are delusional and based entirely in fantasy. Therefore, this case must be dismissed under 28 U.S.C. § 1915(e).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [ECF No. 2] is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

An Order of Dismissal will be filed separately.

Dated this 18th day of December, 2015.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE