**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SHEILA MCMATH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15CV1860 JAR |
| | ) | |
| UNITED STATES IMMIGRATION DEPT., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's motion for reconsideration of the dismissal of this action as frivolous. The Court has reviewed plaintiff's arguments for reopening the present matter and found them lacking in merit.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration [Doc. #8] is **DENIED**.

**IT IS FURTHER ORDERED** that an appeal of this action would not be taken in good faith.

Dated this 13th day of January, 2016.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE